UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICOLE TRIMM,**

    *Plaintiff*,

v.                                        Case No.:   8:24-cv-01370-JSM-SPF

**EQUIFAX INFORMATION
SERVICES, LLC, et al.,**

    *Defendants*.

_____/

**<u>NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC</u>**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Trans Union LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Trans Union LLC from this case with prejudice.

Nothing herein affects Plaintiff's claims against Experian Information Solutions, Inc., Equifax Information Services, LLC, or JPMorgan Chase Bank, N.A.

Respectfully submitted on July 10, 2024.

                                                        */s/ Bryan J. Geiger*
                                                        Bryan J. Geiger
                                                        Florida Bar Number: 119168
                                                        Seraph Legal, P. A.
                                                        2124 W Kennedy Blvd., Suite A
                                                        Tampa, FL 33606
                                                        (813) 321-2348
                                                        BGeiger@SeraphLegal.com
                                                        *Counsel for Plaintiff*