UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICOLE TRIMM,**

    *Plaintiff*,

v.                                     Case No.:   8:24-cv-01370-JSM-SPF

**EQUIFAX INFORMATION
SERVICES, LLC, et al.,**

    *Defendants*.

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC., ONLY**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian from this case with prejudice.

Nothing herein affects Plaintiff's claims against Defendants Equifax Information Services, LLC, or JPMorgan Chase Bank, N.A.

Respectfully submitted on October 8, 2024.

                                              */s/ Bryan J. Geiger*
                                              Bryan J. Geiger
                                              Florida Bar Number: 119168
                                              Seraph Legal, P. A.
                                              2124 W Kennedy Blvd., Suite A
                                              Tampa, FL 33606
                                              (813) 321-2348
                                              BGeiger@SeraphLegal.com
                                              *Counsel for Plaintiff*