**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NICOLE TRIMM,**

    *Plaintiff*,

v.                                          Case No.:     8:24-cv-01370-JSM-SPF

**EQUIFAX INFORMATION**
**SERVICES, LLC, et al.,**

    *Defendants.*

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX**
**INFORMATION SERVICES, LLC, ONLY**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax from this case with prejudice.

Nothing herein affects Plaintiff's claims against Defendant JPMorgan Chase Bank, N.A.

Respectfully submitted on November 1, 2024.

                                                    */s/ Bryan J. Geiger*
                                                    Bryan J. Geiger
                                                    Florida Bar Number: 119168
                                                    Seraph Legal, P. A.
                                                    2124 W Kennedy Blvd., Suite A
                                                    Tampa, FL 33606
                                                    (813) 321-2348
                                                    BGeiger@SeraphLegal.com
                                                    *Counsel for Plaintiff*