**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NICOLE TRIMM,**

    *Plaintiff*,

v.                                      Case No.:   8:24-cv-01370-JSM-SPF

**EQUIFAX INFORMATION**
**SERVICES, LLC, et al.,**

    *Defendants*.

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**
**JPMORGAN CHASE BANK, N.A.**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant JPMorgan Chase Bank, N.A. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Chase from this case with prejudice.

Respectfully submitted on December 5, 2024.

                                                /s/ *Bryan J. Geiger*
                                                Bryan J. Geiger
                                                Florida Bar Number: 119168
                                                Seraph Legal, P. A.
                                                2124 W Kennedy Blvd., Suite A
                                                Tampa, FL 33606
                                                (813) 321-2348
                                                BGeiger@SeraphLegal.com
                                                *Counsel for Plaintiff*